## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 16, 2016

_____

### DOCUMENT TRANSMITTAL
_____

No. 15-4775,   <u>US v. Justo Gonzalez</u>
              5:14-cr-00059-RLV-DCK-1

TO:   Justo Manuel Gonzalez

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley, Deputy Clerk
804-916-2704