SAW

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 25, 2016

## DOCUMENT TRANSMITTAL

No. 15-4775,   US v. Justo Gonzalez
              5:14-cr-00059-RLV-DCK-1

TO:   Justo Manuel Gonzalez

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf. **All future correspondence, including motions, should be sent to your attorney.**

Sharon A. Wiley, Deputy Clerk
804-916-2704

**CLERK'S OFFICE**
**U.S. COURT OF APPEALS**
FOR THE FOURTH CIRCUIT
RICHMOND, VIRGINIA 23219
OFFICIAL BUSINESS

RICHMOND
VA 230
25 FEB '16
PM 7 L



ZIP 23219 $000.48⁵
02 4W
0000336182 FEB. 25. 2016

INSPECTED
MAR 10 2016
U.S. MARSHALS

RT3
No Longer Here

Justo Gonzalez
2351 Morganton Blvd. SW
Lenoir, NC 28645

NIXIE   274  6E 1   0203/05/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 23219   *1917-05005-25-38

28645497351